**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ 1st _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **ALEXIS SUAREZ**    JOINT DEBTOR: _____    CASE NO.: 13-40246-AJC
Last Four Digits of SS# XXX-XX-8440   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $ 875.07    for months  1   to  6  ;
- B.  $ 692.12    for months  7   to  60 ;
- C.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00  TOTAL PAID $1,500.00
Balance Due $ 2,150.00  payable $ 215.00 /month (Months 1 to 6) and $ 215.00 /month (Months 7 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. NONE    LMM Payment $_____ (Months __ to __).

Address: _____
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | | % | $ | __ To __ | |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.    N/A _____  Total Due $_____
Payable $_____/month (Months ___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 572.56 /month (Months 1 to 6), $ 407.91/month (Months 7 to 10) and $ 622.91/month (Months 11 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Alexis Suarez
Debtor                                                                                         Joint Debtor
Date: 7/3/2014                                                                        Date: _____

LF-31 (rev. 06/02/08)